# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                §
                                      §
TAVARES, FRANCISCO J                  §      Case No. 08-03681 ERW
TAVARES, GLADYS                       §
                                      §
                                      §
        Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                Kenneth S. Gardner
                219 S. Dearborn Street
                7th Floor
                Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/19/2010 in Courtroom 744,
                United States Courthouse
                219 S. Dearborn Street
                Chicago, Illinois  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/13/2010                    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
TAVARES, FRANCISCO J § Case No. 08-03681 ERW
TAVARES, GLADYS §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 925,020.02 |
| *and approved disbursements of* | $ | 909,956.67 |
| *leaving a balance on hand of*[1] | $ | 15,063.35 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Frances Gecker* | $ 3,777.50 | $ 0.00 |
| *Attorney for trustee: FRANK/GECKER LLP* | $ 5,907.50 | $ 7.69 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: ALAN D. LASKO & ASSOCIATES, P.C.* | $ 2,500.00 | $ 16.05 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,131.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | DISCOVER BANK DFS SERVICES LLC | $ 8,165.74 | $ 228.24 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | CHASE BANK USA | $ 23,622.67 | $ 660.26 |
| 000003 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 328.01 | $ 9.17 |
| 000004 | Natalia Martinez | $ 70,015.00 | $ 1,956.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers               Page 1 of 2                   Date Rcvd: Sep 14, 2010
Case: 08-03681                 Form ID: pdf006              Total Noticed: 39

The following entities were noticed by first class mail on Sep 16, 2010.
db           Francisco J Tavares,    5648 S Narragansett Ave,    Chicago, IL  60638-3412
jdb          Gladys Tavares,    5648 S Narragansett Ave,    Chicago, IL  60638-3412
aty         +Troy L Gleason,    Gleason And Gleason LLC,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
aty         +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
11959702    +Allied Interstate,    3000 Corporate Exchange Dr 5th Fl,    Columbus, OH 43231-7723
11959703     At&T,    PO Box 8100,    Aurora, IL  60507-8100
11959704    +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
11959706     Bridgeview Bank,    Loan Operations,    4753 N Broadway St,    Chicago, IL  60640-5266
11959707     Bronson & Migliaccio,    799 Roosevelt Rd Ste 6-316A,    Glen Ellyn, IL  60137-5926
12401580    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14349599     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
11959708   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO  80202-5690)
11959709     Cbna,    PO Box 20487,    Kansas City, MO  64195-0487
11959710     Central Credit Services,    PO Box 15118,    Jacksonville, FL  32239-5118
11959711     Chase,    PO Box 100018,    Kennesaw, GA  30156-9204
11959712    +Chicago Tribune,    435 N Michigan Ave,    Chicago, IL 60611-4024
12036488    +CitiMortgage Inc,    Pob 829009,    Dallas,Texas 75382-9009
11959713     Citimortgage Inc,    Ms322,    Saint Louis, MO  63179
11959714     Codillis & Associates,    15W030 N Frontage Rd,    Burr Ridge, IL  60527-6921
11959716     Gemb/jc Penney Dc,    PO Box 103126,    Roswell, GA  30076-9126
11959701    +Gleason & Gleason,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
11959717     Hauselman And Rappin,    39 S Lasalle St Ste 1105,    Chicago, IL  60603-1720
11959718     Indymac Bank,    PO Box 4045,    Kalamazoo, MI  49003-4045
11959719     LaSalle Bank,    135 S La Salle St,    Chicago, IL  60603-4177
11959720     Medical Collections Sy,    Suite 501,    Chicago, IL  60607
11959721    +Michael D. Fine,    131 S Dearborn St Ste 5,    Chicago, IL 60603-5571
11959722     Natalia Martinez,    9727 S Tripp Ave,    Oak Lawn, IL  60453-3551
12637626     Natalia Martinez,    3032 W 10057,    Evergreen Park, IL 60805
11959723     Ocwen Federal Bank,    12650 Ingenuity Dr,    Orlando, FL  32826-2703
11959724    +Peoples Engy,    130 E Randolph St,    Chicago, IL 60601-6302
11959725    +Pierce & Associates,    1 N Dearborn St Fl 1300,    Chicago, IL 60602-4373
11959726     T Mobile,    PO Box 742596,    Cincinnati, OH  45274-2596
11959699     Tavares Francisco J,    5648 S Narragansett Ave,    Chicago, IL  60638-3412
11959700     Tavares Gladys,    5648 S Narragansett Ave,    Chicago, IL  60638-3412

The following entities were noticed by electronic transmission on Sep 14, 2010.
tr          +E-mail/Text: csmith@fgllp.com                            Frances Gecker,    325 North LaSalle Street,
              Suite 625,    Chicago, IL 60654-6465
12386618    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2010 01:14:44
              DISCOVER BANK DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY OHIO 43054-3025
11959715     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2010 01:14:44     Discover Fin,    PO Box 3025,
              New Albany, OH  43054-3025
12618871    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2010 01:14:40
              FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12052461     E-mail/PDF: rmscedi@recoverycorp.com Sep 15 2010 01:17:54
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
12059041*   +Recovery Management Systems Corp,    25 S E 2nd Ave suite 1120,    Miami,FL 33131-1605
11959705   ##Biehl & Biehl Inc,    PO Box 66415,    Chicago, IL  60666-0415
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2              Date Rcvd: Sep 14, 2010
Case: 08-03681                Form ID: pdf006             Total Noticed: 39
```

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2010**                    **Signature:**     _/s/ Joseph Speetjens_