UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:  §
        §
TAVARES, FRANCISCO J   §   Case No. 08-03681
TAVARES, GLADYS        §
        §
        §
        Debtor(s)   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Natalia Martinez |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | FIRST MORTGAGE |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FINAL WATER BILL | | | | | |
| PHONE CREDIT | | | | | |
| POWER OF ATTORNEY FEE | | | | | |
| RECORDING FEES | | | | | |
| REGISTRATION FEE | | | | | |
| Survey Fees | | | | | |
| TITLE INSURANCE | | | | | |
| TO TITLE COMPANY | | | | | |
| WATER BILL | | | | | |
| 2007 TAX PRORATION | | | | | |
| CITY/COUNTY TAX STAMPS | | | | | |
| County Taxes on Real Estate | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| STATE TAX/STAMPS | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| NERY & RICHARDSON | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| BROKER'S COMMISSION | | | | | |
| BROKER'S COMMISSION | | | | | |
| PROSPECT EQUITIES | | | | | |
| TICOR TITLE INSURANCE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLIED INTERSTATE | | | | | |
| | AT&T | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BIEHL & BIEHL INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BRONSON & MIGLIACCIO |  |  |  |  |  |
|  | CACH LLC |  |  |  |  |  |
|  | CENTRAL CREDIT SERVICES |  |  |  |  |  |
|  | CHICAGO TRIBUNE |  |  |  |  |  |
|  | GEMB/JC PENNEY DC |  |  |  |  |  |
|  | MARYLAND NATIONAL BANK |  |  |  |  |  |
|  | MEDICAL COLLECTIONS |  |  |  |  |  |
|  | MEDICAL COLLECTIONS SY |  |  |  |  |  |
|  | MICHAEL FINE |  |  |  |  |  |
|  | PEOPLES ENERGY |  |  |  |  |  |
|  | PFF EMERGENCY SERVICES |  |  |  |  |  |
|  | RUSH PRESBYTERIAN EMERGENCY |  |  |  |  |  |
|  | T-MOBILE |  |  |  |  |  |
| 000002 | CHASE BANK USA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK DFS SERVICES LLC | | | | | |
| 000003 | FIA CARD SERVICES, N.A./BANK OF AME | | | | | |
| 000004 | NATALIA MARTINEZ | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-03681 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | TAVARES, FRANCISCO J | | | Date Filed (f) or Converted (c): | 02/18/08 (f) |
| | TAVARES, GLADYS | | | 341(a) Meeting Date: | 03/18/08 |
| For Period Ending: | 02/09/11 | | | Claims Bar Date: | 09/23/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3620 S WOOD, CHICAGO, IL | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 4255 W 63 RD ST, CHICAGO, IL | 990,000.00 | 265,000.00 | | 949,000.00 | FA |
| 3. RESIDENCE AT: 5648 S NARRAGANSETT AVE CHICAGO, IL | 280,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. CHECKING | 400.00 | 400.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CHECKING | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. NORMAL AND NECESSARY HOUSEHOLD GOODS, INCLUDING BU | 1,000.00 | 1,000.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. CLOTHING | 200.00 | 200.00 | DA | 0.00 | FA |
| 9. IRA | 5,000.00 | 5,000.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. POSSIBLE TAX REFUND | 3,000.00 | 3,000.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 03 HYUNDAI ELANTRA | 3,725.00 | 3,725.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 97 TOYOTA CAMRY | 2,350.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 20.35 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $1,635,675.00   $278,325.00   $949,020.35   $0.00
(Total Dollar Amount in Column 6)

LFORM1

Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-03681   ERW   Judge: Eugene R. Wedoff | Trustee Name: Frances Gecker |
| Case Name: | TAVARES, FRANCISCO J | Date Filed (f) or Converted (c): 02/18/08 (f) |
| | TAVARES, GLADYS | 341(a) Meeting Date: 03/18/08 |
| | | Claims Bar Date: 09/23/08 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL ACCOUNT WILL BE SUBMITTED TO THE UST FOR APPROVAL.

Initial Projected Date of Final Report (TFR): 05/01/09     Current Projected Date of Final Report (TFR): 04/28/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03681 -ERW | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | TAVARES, FRANCISCO J | Bank Name: | BANK OF AMERICA |
| | TAVARES, GLADYS | Account Number / CD #: | *******5146  MONEY MARKET |
| Taxpayer ID No: | *******1691 | | |
| For Period Ending: | 02/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/08 | 2 | TICOR TITLE INSURANCE | Sale of Real Property | | 15,753.94 | | 15,753.94 |
| | | 903 Commerce Drive | | | | | |
| | | Oak Brook, IL  60523 | | | | | |
| | | SALE OF PROPERTY | Memo Amount:        925,000.00 | 1110-000 | | | |
| | | | Sale of Real Property | | | | |
| | | | Memo Amount:    (     24,000.00 ) | 3510-000 | | | |
| | | | BROKER'S COMMISSION | | | | |
| | | NERY & RICHARDSON | Memo Amount:    (       1,200.00 ) | 3210-000 | | | |
| | | | ATTORNEYS FEES | | | | |
| | | | Memo Amount:    (       2,560.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE | | | | |
| | | TO TITLE COMPANY | Memo Amount:    (            25.00 ) | 2500-000 | | | |
| | | | OVERNIGHT DELIVERY | | | | |
| | | | Memo Amount:    (          101.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | | Memo Amount:    (       3,237.50 ) | 2820-000 | | | |
| | | | CITY/COUNTY TAX STAMPS | | | | |
| | | | Memo Amount:    (          925.00 ) | 2820-000 | | | |
| | | | STATE TAX/STAMPS | | | | |
| | | | Memo Amount:    (            60.00 ) | 2500-000 | | | |
| | | | POWER OF ATTORNEY FEE | | | | |
| | | | Memo Amount:    (              3.00 ) | 2500-000 | | | |
| | | | REGISTRATION FEE | | | | |
| | | | Memo Amount:    (          625.00 ) | 2500-000 | | | |
| | | | Survey Fees | | | | |
| | | | Memo Amount:    (            98.41 ) | 2500-000 | | | |
| | | | FINAL WATER BILL | | | | |
| | | | Memo Amount:    (          400.00 ) | 2500-000 | | | |

Page Subtotals        15,753.94              0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2     Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-03681 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | TAVARES, FRANCISCO J | | Bank Name: | BANK OF AMERICA |
| | TAVARES, GLADYS | | Account Number / CD #: | *******5146 MONEY MARKET |
| Taxpayer ID No: | *******1691 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NATALIA MARTINEZ | WATER BILL<br>  Memo Amount:    (    15,753.94 ) | 8500-002 | | | |
| | | | CO-OWNER INTEREST<br>  Memo Amount:    (    779,231.89 ) | 4110-000 | | | |
| | | | FIRST MORTGAGE<br>  Memo Amount:    (    750.00 ) | 2500-000 | | | |
| | | | PHONE CREDIT<br>  Memo Amount:    (    13,457.88 ) | 2820-000 | | | |
| | | | County Taxes on Real Estate<br>  Memo Amount:    (    16,817.44 ) | 2810-000 | | | |
| | | | 2007 TAX PRORATION<br>  Memo Amount:    (    50,000.00 ) | 3510-000 | | | |
| | | | BROKER'S COMMISSION | | | | |
| 06/20/08 | 2 | TICOR TITLE INSURANCE<br>903 COMMERCE DRIVE<br>OAK BROOK, IL 60523 | BROKER'S COMMISSION | 3510-000 | 24,000.00 | | 39,753.94 |
| 06/30/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.97 | | 39,754.91 |
| 07/23/08 | 001000 | Prospect Equities<br>1 Trans Am Plaza Drive<br>Oak Brook Terrace, IL 60181 | Per Court Order dated 6/18/08<br>Broker's commission (remaining proceeds that were owed to Prospect) | 3510-000 | | 24,000.00 | 15,754.91 |
| 07/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 4.66 | | 15,759.57 |
| 08/29/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.99 | | 15,761.56 |
| 09/30/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.95 | | 15,763.51 |
| 10/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.53 | | 15,765.04 |
| 11/28/08 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.29 | | 15,766.33 |
| 12/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.80 | | 15,767.13 |
| 01/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,767.26 |
| 02/04/09 | 001001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420 | Blanket Bond | 2300-000 | | 18.57 | 15,748.69 |
| | | | | Page Subtotals | 24,013.32 | 24,018.57 | |

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03681 -ERW | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | TAVARES, FRANCISCO J | | Bank Name: | BANK OF AMERICA |
| | TAVARES, GLADYS | | Account Number / CD #: | *******5146 MONEY MARKET |
| Taxpayer ID No: | *******1691 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,748.81 |
| 03/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,748.95 |
| 04/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.35 | | 15,749.30 |
| 05/29/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,749.70 |
| 06/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,750.09 |
| 07/15/09 | 001002 | ILLINOIS DEPARTMENT OF REVENUE | 2008 - FEIN 75-6841691 | 2820-000 | | 679.00 | 15,071.09 |
| | | | 2008 Illinois tax returns | | | | |
| 07/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,071.49 |
| 08/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,071.87 |
| 09/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,072.24 |
| 10/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,072.62 |
| 11/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,072.99 |
| 12/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,073.37 |
| 01/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,073.75 |
| 02/08/10 | 001003 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment | 2300-000 | | 13.04 | 15,060.71 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.35 | | 15,061.06 |
| 03/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,061.45 |
| 04/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,061.82 |
| 05/28/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,062.20 |
| 06/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,062.58 |
| 07/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,062.96 |
| 08/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,063.35 |
| 09/28/10 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 15,063.68 |
| 09/28/10 | | Transfer to Acct #*******5793 | Final Posting Transfer | 9999-000 | | 15,063.68 | 0.00 |

Page Subtotals 7.03 15,755.72

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-03681 -ERW |
| Case Name: | TAVARES, FRANCISCO J |
| | TAVARES, GLADYS |
| Taxpayer ID No: | *******1691 |
| For Period Ending: | 02/09/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5146  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 925,000.00 | COLUMN TOTALS | 39,774.29   39,774.29   0.00 |
| Memo Allocation Disbursements: | 909,246.06 | Less: Bank Transfers/CD's | 0.00   15,063.68 |
| | | Subtotal | 39,774.29   24,710.61 |
| Memo Allocation Net: | 15,753.94 | Less: Payments to Debtors | 0.00 |
| | | Net | 39,774.29   24,710.61 |

Page Subtotals                    0.00            0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-03681 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | TAVARES, FRANCISCO J | | Bank Name: | BANK OF AMERICA |
| | TAVARES, GLADYS | | Account Number / CD #: | *******5793 GENERAL CHECKING |
| Taxpayer ID No: | *******1691 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/10 | | Transfer from Acct #*******5146 | Transfer In From MMA Account | 9999-000 | 15,063.68 | | 15,063.68 |
| 10/19/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 3,777.50 | 11,286.18 |
| 10/19/10 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Accountant for Trustee Fees (Other | | | 2,516.05 | 8,770.13 |
| | | | Fees       2,500.00 | 3410-000 | | | |
| | | | Expenses     16.05 | 3420-000 | | | |
| 10/19/10 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | 5,915.19 | 2,854.94 |
| | | | Fees       5,907.50 | 3110-000 | | | |
| | | | Expenses     7.69 | 3120-000 | | | |
| 10/19/10 | 001003 | DISCOVER BANK DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OHIO 43054 | Claim 000001, Payment 3% | 7100-000 | | 228.26 | 2,626.68 |
| 10/19/10 | 001004 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 3% | 7100-000 | | 660.34 | 1,966.34 |
| 10/19/10 | 001005 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim 000003, Payment 3% | 7100-000 | | 9.17 | 1,957.17 |

Page Subtotals     15,063.68     13,106.51

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-03681 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | TAVARES, FRANCISCO J | | Bank Name: | BANK OF AMERICA |
| | TAVARES, GLADYS | | Account Number / CD #: | *******5793  GENERAL CHECKING |
| Taxpayer ID No: | *******1691 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/19/10 | 001006 | Natalia Martinez<br>3032 W 10057<br>Evergreen Park, IL 60805 | Claim 000004, Payment 3% | 7100-004 | | 1,957.17 | 0.00 |
| * 12/08/10 | 001006 | Natalia Martinez<br>3032 W 10057<br>Evergreen Park, IL 60805 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,957.17 | 1,957.17 |
| 12/10/10 | 001007 | Natalia Martinez<br>3032 W 100th Street<br>Evergreen Park, IL 60805 | Claim 000004, Payment 3% | 7100-000 | | 1,957.17 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 15,063.68 | 15,063.68 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 15,063.68 | 0.00 | |
| | | | Subtotal | 0.00 | 15,063.68 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 15,063.68 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 925,000.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 909,246.06 | | MONEY MARKET - ********5146 | 39,774.29 | 24,710.61 | 0.00 |
| | | | GENERAL CHECKING - ********5793 | 0.00 | 15,063.68 | 0.00 |
| Total Memo Allocation Net: | 15,753.94 | | | 39,774.29 | 39,774.29 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Page Subtotals     0.00     1,957.17

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-03681 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | TAVARES, FRANCISCO J | | Bank Name: | BANK OF AMERICA |
| | TAVARES, GLADYS | | Account Number / CD #: | *******5793  GENERAL CHECKING |
| Taxpayer ID No: | *******1691 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/    Frances Gecker Date: _____
FRANCES GECKER

Page Subtotals                                    0.00           0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*